```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 44599
    RICHARD NEGRETE SR
    NANCY R NEGRETE                           CHAPTER 13

                                              JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-5557     SSN XXX-XX-1163

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 12/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  42.00%.

     The case was paid in full 02/07/2008.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00             .00            .00
AMERICAN EXPRESS CENTURI  UNSECURED         11352.05          138.40        4767.86
AMERICAN EXPRESS TRAVEL   UNSECURED          9527.65          116.93        4001.61
RESURGENT CAPITAL SERVIC  UNSECURED          9531.69          115.60        4003.31
BANK OF AMERICA NA        FILED LATE         1443.42             .00            .00
BANK OF AMERICA NA        FILED LATE          632.04             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          3477.24           41.38        1460.44
CHASE MANHATTAN BANK      UNSECURED          6079.69           71.57        2553.47
CHASE MANHATTAN BANK      UNSECURED          7971.75           93.15        3348.14
RESURGENT CAPITAL SERVIC  UNSECURED          6765.96           78.72        2841.70
DISCOVER FINANCIAL SERVI  UNSECURED          6971.68          143.47        2928.11
GENERAL ELETRIC           UNSECURED          2967.36           35.31        1246.29
ROUNDUP FUNDING LLC       UNSECURED          5132.85           60.44        2155.80
KOHLS                     UNSECURED           931.68           18.48         391.31
ECAST SETTLEMENT CORP     UNSECURED              .00           21.49            .00
RESURGENT CAPITAL SERVIC  UNSECURED          3349.28           39.41        1406.70
ROUNDUP FUNDING LLC       UNSECURED           517.90             .00         217.52
GE CONSUMER FINANCE       UNSECURED           238.83             .00         100.31
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      1695.05             .00        1695.05
ECAST SETTLEMENT CORP     UNSECURED          1777.35           21.16         746.49
RESURGENT CAPITAL SERVIC  UNSECURED         14486.86          114.91        6084.48
WELLS FARGO HOME MORTGAG  NOTICE ONLY       NOT FILED            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY        2,100.00                      2,100.00
TOM VAUGHN                TRUSTEE                                          2,746.34
DEBTOR REFUND             REFUND                                           1,667.35

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              47,572.70

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 44599 RICHARD NEGRETE SR & NANCY R NEGRETE
```

```
PRIORITY                                                              .00
SECURED                                                          1,695.05
UNSECURED                                                       38,253.54
    INTEREST                                                     1,110.42
ADMINISTRATIVE                                                   2,100.00
TRUSTEE COMPENSATION                                             2,746.34
DEBTOR REFUND                                                    1,667.35
                                     ---------------      ---------------
TOTALS                                     47,572.70            47,572.70
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 05/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE